IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CHARLES TERRY ALSUP
ADC #552553                                                                                          PLAINTIFF

v.                                          No. 5:16-cv-349-DPM

DUB BRASSELL DETENTION
CENTER, Nurse/Infirmary Department                                              DEFENDANT

## JUDGMENT

The complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

30 January 2017